The People of the State of New York v. Albert Mansi and Another.— Motion denied on conditions stated in order.

Isidore Duckoff v. Bernard Ruhe.— Motion denied on conditions stated in order.

Altonwood Park Company v. National Surety Company.— Motion granted, with ten dollars costs.

Mary A. McClain v. Elizabeth Diller.— Motion granted on conditions stated in order.

De La Vergne Machine Company v. Anthony & Scovill Company.— Motion denied on conditions stated in order.

American Transfer Company v. George Poll.— Motion granted, with ten dollars costs.

George H. Lawrence and Others v. Regina Benninger, Impleaded.— Motion granted, with ten dollars costs.

Dennis Mahoney v. Adam Hoffman. N. W. Ryan Company v. Herman Raub. John Andre v. Club Building Company. Ferdinand D. Ciprico v. Manhattan Office Company. William Eddington v. Union Railway Company. Jacob H. Greenberg v. Harris Ratner. John T. Ferrall v. Antonio Rendina. Charles Bjorkegren v. Leonard G. Kirk.— Applications for leave to appeal to Appellate Division denied, with ten dollars costs in each case.

Albert H. Woods v. David Broker and Another.— Application granted.

Katherine C. Gould v. Howard Gould.— Motion denied, with ten dollars costs.

Frederick Gressman, as Administrator, v. Morning Journal Association and Another.— Motion for leave to appeal to the Court of Appeals granted.

Mark N. Cormack v. New York, New Haven and Hartford Railroad Company.— Motion granted.

Frida Wystrach v. Interboro Rapid Transit Company.— Motion denied, with ten dollars costs.

Joseph W. Jones v. Warner Instrument Company.— Motion denied, with ten dollars costs.

Siegmund E. Halberstadt v. New York Life Insurance Company.— Motion granted; questions to be certified on settlement of order. Settle order on notice.

Alice F. H. King v. Will J. Block Company.— Motion granted.

Alice F. H. King v. Will J. Block Company.— Motion denied.

In the Matter of William R. Montgomery.— Order resettled.

Herman Ganss v. J. M. Guffey Petroleum Company.— Motion denied.

Wilbur .F. Swayze v. New York and Ohio Coal Company.— Motion granted. Order to be submitted.

Joseph Harris, as Trustee, v. Arthur Wells.— Motion to resettle granted to the extent and on the conditions stated in memorandum per curiam. Settle order on notice.

Patrick L. Allen v. Knights of Columbus.— Motion denied.

In the Matter of Alexander G. Young.— Respondent disbarred.